Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorney for Plaintiff,*
Joubin Mortezapour

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN MORTEZAPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EASY DIAL INTERNATIONAL, INC.; FAST DIAL INC.,<br><br>Defendant. | Case No. 2:20-cv-06904-GW-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EASY DIAL INTERNATIONAL, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I)**<br><br>**Judge:**  George H. Wu |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Joubin Mortezapour voluntarily dismisses all claims against defendant Easy Dial International, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of this voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

This dismissal does not apply to the remaining defendant, Fast Dial, Inc.

Dated: October 5, 2020         Respectfully submitted,

KAZEROUNI LAW GROUP, APC

By: */s/ Jason A. Ibey*
Jason A. Ibey
321 N Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808
Email: Jason@kazlg.com

*Attorney for Plaintiff*
JOUBIN MORTEZAPOUR