Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorney for Plaintiff,*
Joubin Mortezapour

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN MORTEZAPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EASY DIAL INTERNATIONAL, INC.; FAST DIAL INC.; RADIUS NETWORKS, INC.<br><br>Defendants. | Case No. 2:20-cv-06904-GW-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FAST DIAL INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I)**<br><br>**Judge:**   George H. Wu |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Joubin Mortezapour voluntarily dismisses all claims against defendant Fast Dial Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of this voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

This dismissal does not apply to the remaining defendant, Radius Networks, Inc.

Dated: January 6, 2021            Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Jason A. Ibey*
     Jason A. Ibey, Esq.
     *Attorneys for Plaintiff*